AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael L. Shapiro | ) Case No. | 19-8456-WM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED BY _____ D.C.
NOV 04 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 31, 2019 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Threatening Communications |
| 18 U.S.C. 115(B) | Threatening a United States Official |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Vincent Veloz, Special Agent U.S. Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 4, 2019

*Judge's signature*

City and state: West Palm Beach, Florida

WILLIAM MATTHEWMAN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Vincent Veloz, a Special Agent with the United States Capitol Police, Investigations Division, Threat Assessment Section, Washington D.C., being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Capitol Police ("USCP"), where I have served since September 2005. I am currently assigned to the USCP Investigations Division, Threat Assessment Section. Prior to working in the Investigations Division, I was assigned to the Capitol Division, First Responder Unit ("FRU") until March 2017. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. In my current assignment, I have participated in and conducted investigations of several types of violations of federal law involving illegal activity including threatening communications, both locally and interstate.

2. This affidavit is made in support of a criminal complaint against and arrest warrant charging Michael SHAPIRO (hereinafter "SHAPIRO") with violation of Title 18, United States Code, Section 875(c) and Title 18, United States Code, Section 115(B) respectively.

- **Title 18, United States Code, Section 875(c)** – Interstate Transmission of Threat to Injure (Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another).
- **Title 18, United Stated Code, Section 115(B)** - threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, with intent to impede,

intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties.

3. The facts and information contained in this affidavit are based upon my direct participation in this investigation and as related to me by other law enforcement officers pertaining to this investigation. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and is not intended to include each and every fact and matter observed by me or known to the United States of America ("United States").

## PROBABLE CAUSE

4. On October 31, 2019, between 1100 – 1118 hours (EDT) a male subject, identified through the phone system's caller ID as Michael SHAPIRO, using phone number 347-556-0050, called the USCP Threat Assessment Section ("USCP/TAS") at 202-224-1495 and spoke with Special Agent ("SA") Kimberly Flowers on several occasions, making several obscene comments.

5. Continuing on this same date, between 1120 – 1122 hours (EDT), SHAPIRO called "USCP/TAS" three additional times and spoke with SA Flowers where he made the following threatening statements:

- "I'm going to kill you. I'm going to kill you. I'm coming to kill you. I'm going to kill you. I'm going to kill you. I'll kill you. Do you hear me? I'm going to come and kill you. I'm going to come and kill you."
- "Yes, tell Grace Ury. You know who she is right? Tell her I'm going to come and kill her. I'm going to kill her. Do you hear me? Tell her I'm going to come and kill her. I'm going to kill her. I'm going to kill her."
- "Yes, one more time. Tell Grace Ury I'm gonna kill her. I'm going to kill her. Will you do that for me? Will you do that for me? Yes, I'm going to kill her. I'm going to kill her."

6. Continuing on this same date, SA Veloz advised USCP SA Grace Ury of these calls, and played the recordings. SA Ury confirmed that the voice and verbiage is the same as of

the subject she had been investigating, involving threats to a Member of Congress and his adult child.  SA Ury positively identified subject as Michael SHAPIRO.

7.      On October 10, 2019, SA Ury and a Federal Bureau of Investigation ("FBI") agent interviewed SHAPIRO at his residence located at 518 Shady Pine Way, Apt D-1, Greenacres, Florida 33415 concerning threats he made to a Member of Congress and his adult child. SHAPIRO stated to SA Ury that his mobile phone number is 347-556-0050 and showed her his mobile phone. SA Ury asked SHAPIRO if anyone else used his phone and he stated that he lived alone. SA Ury admonished SHAPIRO for the threats.

8.      USCP and FBI also previously investigated SHAPIRO for threats to another United States Representative in January of 2019. As a result of this previous threat, the FBI conducted an interview of SHAPIRO and admonished him for the threat.

9.      An online database search of the number 347-556-0050 revealed that the current cellular carrier for that number is AT&T is associated with SHAPIRO.

10.     AT&T subscriber records, which were provided by AT&T following an emergency disclosure request made pursuant to 18 U.S.C. 2702(c)(4) for the phone number 347-556-0050 showed SHAPIRO to be the sole account user with a billing address of 518 Shady Pine Way, Apt D-1, Greenacres, Florida 33415.

11.     Records provided by AT&T also identified that the device has an International Mobile Subscriber Identity (IMSI) #: 310410161659595.

12.     Location information, also provided by AT&T as a result of the emergency disclosure request showed that on October 31, 2019, SHAPIRO's cell phone was in the State of Florida, specifically approximately 0.4 miles from SHAPIRO's residence located in Greenacres, Florida.

## CONCLUSION

14.  Based upon the facts set forth in this affidavit, I believe that probable cause exists to support charges against Michael SHAPIRO for violations of Title 18, United States Code, Section 875(c) and Title 18, United States Code, Section 115(B) respectively.

FURTHER AFFIANT SAYETH NAUGHT.

VINCENT VELOZ
Special Agent, United States Capitol Police

Subscribed and sworn to before me
November 4, 2019

HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8456-WM

UNITED STATES OF AMERICA

v.

MICHAEL L. SHAPIRO

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    763012
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:    (561) 820-8777
Email:  rolando.garcia@usdoj.gov